IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KAREN SMART and STEVEN SMART, | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Case No. 4:19-cv-00117-JAR |
| BOSTON SCIENTIFIC CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Karen Smart and Steven Smart ("Plaintiffs") and Defendant Boston Scientific Corporation ("Defendant") has reached a resolution in principle of this action. This resolution will resolve this matter in its entirety.

The parties are currently working to finalize the settlement agreement relating to this resolution. The parties expect to finish memorializing the settlement within sixty (60) days and to file a dismissal with prejudice within forty-five (45) days thereafter, when all obligations under the settlement agreement will have been met.

The parties are mindful of the Status Conference scheduled for November 5, 2019. Given the fact that a settlement has been reached in principle by the parties, the parties respectfully request that the current hearings, dates, and deadlines be vacated so that the parties can finalize drafting and executing the settlement agreement, perform the terms of the agreement and then file the requisite dismissal without prejudice.

Dated: October 14, 2019            Respectfully submitted,

                                                THE SIMON LAW FIRM, P. C.

                                                By: /s/Amy Collignon Gunn
                                                Amy Collignon Gunn #45016
                                                800 Market Street, Suite 1700
                                                St. Louis, Missouri 63101
                                                Phone: (314) 241-2929
                                                Fax: (314) 241-2029
                                                Email: agunn@simonlawpc.com

                                                *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 14th day of October, 2019 a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF system.

                                                */s/ Amy Collignon Gunn*
                                                Attorney for Plaintiffs