IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KAREN SMART and<br>STEVEN SMART,<br><br>     Plaintiffs;<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.: 4:19-cv-00117-JAR<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Karen Smart and Steven Smart stipulate to the dismissal with prejudice of all claims against all defendants. All parties consent to this stipulation of dismissal with prejudice.

Respectfully submitted,

*/s/ Amy Collignon Gunn*
Amy Collignon Gunn MO #45016
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: agunn@simonlawpc.com
**Attorney for Plaintiffs**

So Ordered

John A. Ross
8/12/2020